[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-10711
_____

D.C. Docket No. 0:12-cv-60185-WPD

UNITED STATES OF AMERICA, et al.,

Plaintiffs,

MANUEL CHRISTIANSEN,
ex rel.,
BRIAN ASHTON,

Plaintiffs-Appellants,

versus

EVERGLADES COLLEGE, INC.,
d.b.a. Keiser University,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(October 28, 2015)

Before ED CARNES, Chief Judge, MARTIN, Circuit Judge, and WALTER,[*] District Judge.

PER CURIAM:

In this appeal from the award of attorney's fees and costs to the relators, we vacate and remand the judgment for further consideration in light of whatever decision the district court makes regarding the proposed settlement between the United States and Everglades College.

The action we are taking in this case does not imply anything about whether the district court should approve the proposed settlement or what effect, if any, approval of the proposed settlement should have on any fee award to the relators. We are sending the case back to the district court only because, as a procedural matter, it makes more sense to review a fee award after a decision has been made about the proposed settlement and the district court has had an opportunity to decide whether to modify the fee award in light of the settlement.

**VACATED** and **REMANDED.**

---

[*] Honorable Don Walter, United States District Judge for the Western District of Louisiana, sitting by designation.